UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

Civil Action No. 19cv1258

CEDRIC BISHOP AND ON BEHALF OF ALL
OTHER PERSONS SIMILARLY SITUATED,

    Plaintiffs,

UNITED YACHT SALES, LLC,

    Defendant.

_____/

## NOTICE OF SETTLEMENT

Defendant United Yacht Sales, LLC hereby serves notice that it has reached a settlement agreement with Plaintiff, and respectfully requests up to 30 days to finalize the necessary documentation to effectuate that settlement. Counsel for Plaintiff has expressly consented to the filing of this Notice.

WE HEREBY CERTIFY that the foregoing, with the accompanying Attachments hereto identified above, was electronically filed with the Court, and a copy served by electronic mail upon Jeffrey M. Gottlieb, Esquire, GOTTLIEB & ASSOCIATES, 150 East 18th Street, Suite

PHR, New York, NY 10003, nyjg@aol.com and danalgottlieb@aol.com, this 5th day of April, 2019.

                                  JENNINGS & VALANCY, P.A.
                                  Counsel for Defendant United Yacht Sales, LLC
                                  306 S.E. Detroit Avenue
                                  Stuart, Florida   34994
                                  (772) 286-2798
                                  Primary:  HBrj@aol.com
                                  Secondary: service.rljpa@gmail.com


                                  By:   /s/ Robert L. Jennings_____
                                         Robert L. Jennings
                                         Fla. Bar No. 348074